**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAYELLI PEREZ, | |
| Plaintiff, | |
| v. | Court No.: 20-cv-7759 |
| THE CITY OF AURORA, AND THE VILLAGE OF GILBERTS, AND DUSTIN COPPES, MICHAEL JOSWICK, TODD BLOCK, AND LARRY SUTTLE, EACH IN HIS INDIVIDUAL CAPACITY, | Honorable Edmond E. Chang |
| Defendants. | |

**UPDATED JOINT STATUS REPORT**

The Parties, through their respective counsel, respectfully submit the following updated joint status report, pursuant to the Court's August 11, 2022, September 1, 2022, and September 15, 2022 orders. (Dkt. 90, 92, 96).

**1. Status of Discovery**

Ongoing written discovery disputes exist as between Plaintiff and Defendants the City of Aurora, Dustin Coppes, and Larry Suttle (the "Aurora Defendants"), and the Parties have continued to confer and to try to resolve disputes. Counsel for the Aurora Defendants and for Plaintiff met and conferred by telephone today in an ongoing attempt to resolve multiple disputes between these parties. Among them, Plaintiff's position is that the Aurora Defendants have waived their objections to Plaintiff's discovery requests with regard to both the initial and supplemental requests issued by Plaintiff because Defendants did not timely make objections to them pursuant to F.R.C.P. 34. Plaintiff continues to demand that the Aurora Defendants turn over certain documents, including documents relating to Aurora's gang database such as gang affiliation sheets,

1

which Plaintiff asserts she is entitled to by the Federal Rules. Aurora disputes many of these assertions, and takes the position that it has produced responsive documents requested in Plaintiff's first production request.

The parties have been attempting to work through some of these disputes since approximately March of 2022 and Plaintiff's counsel advised the Aurora Defendants' counsel during their call today that if the Aurora Defendants do not produce the requested documents by this Wednesday, September 21, 2022, Plaintiff will be forced to seek relief from the Court.

The following depositions have been conducted: Aurora Alderwoman Juany Garza (August 15, 2022); Plaintiff (August 18, 2022); Aurora Police Officer Matt Thomas, pursuant to Federal Rule of Civil Procedure 30(b)(6) (August 22, 2022). Plaintiff's position is that Defendant Aurora's corporate representative lacked the knowledge required by F.R.C.P. 30(b)(6) regarding a number of subjects. Counsel for Aurora and Plaintiff met and conferred, and Aurora has agreed to pay for the court reporter attendance costs associated with Plaintiff conducting another deposition of a 30(b)(6) representative of Aurora who shall be properly informed and knowledgeable on the noticed topics. Plaintiff intends to send a notice out this week for this deposition.

The Parties are working on scheduling remaining party and fact witness depositions. Plaintiff has issued the subpoena for the remote deposition of news reporter Denise Crosby, which is scheduled to take place on October 6, 2022. The following depositions are also scheduled to proceed on the dates listed below:

- Alderman Llamas – October 3, 2022;

- Defendant Suttle – October 14, 2022

- Union representative Catavu – September 27, 2022

The Aurora Defendants also intend to depose Al Trotsky on October 17, 2022 regarding a polygraph test administered to Plaintiff in connection with her job application to the Aurora Police Department. The Aurora Defendants previously represented that Mr. Trotsky is willing to appear without a subpoena. Plaintiff objected to Mr. Trotsky's deposition for a number of reasons. During counsel's call on September 19, 2022, the parties came to an agreement with regard to the Trotsky deposition. Plaintiff agreed she will not oppose the deposition if the Aurora Defendants agree they will not oppose a motion by Plaintiff seeking leave to issue a subpoena *duces tecum* to Trotsky for the deposition. The parties reached an agreement on that topic and Plaintiff intends to file a motion this week seeking leave to issue the subpoena *duces tecum*.

With regard to the deposition of Defendant Coppes, Plaintiff awaits feedback from the Aurora Defendants' counsel regarding scheduling (due in part to health issues being experienced by Mr. Coppes), but the parties are looking at dates in October.

The Aurora Defendants are seeking the deposition of Oscar Perez and do not yet have a date for his deposition yet. Plaintiff recently filed an unopposed motion for extension of time to complete fact discovery, which motion was granted by the Court. (Dkt. 91, 92). All fact discovery is to be completed by October 17, 2022. (Dkt. 92).

2. **Status of Settlement Discussions**

    a. Plaintiff has issued settlement demands to the City of Aurora and to the Village of Gilberts. The Aurora Defendants do not have authority to participate in settlement discussions at this time.

    b. A settlement has been reached between Plaintiff and Defendants the Village of Gilberts, Michael Joswick, and Todd Block (the "Gilberts Defendants"). Plaintiff and the Gilberts Defendants are in the process of completing execution of a

settlement agreement and release. Plaintiff and the Gilberts Defendants hope to have a dismissal order as to the Gilberts Defendants entered by September 30, 2022, provided certain contingencies are met.

c. The parties do not request a settlement conference at this time.

Respectfully Submitted,

For Plaintiff:

/s/*Joseph Vucko*_____
Joseph Vucko
Vucko Law LLP
2208 Midwest Rd., Suite 104
Oak Brook, IL 60523
jvucko@vuckolaw.com
312-833-4988


For Defendants:

*For Defendants Village of Gilberts, Michael Joswick & Todd Block (the "Gilberts Defendants")*
By: */s/ Kathleen M. Kunkle*
One of their Attorneys

Thomas G. DiCianni (ARDC # 3127041)
Kathleen M. Kunkle (ARDC # 6281796)
ANCEL GLINK, PC
140 S. Dearborn, 6th Floor
Chicago, IL 60603
P: 312-782-7606
tdicianni@ancelglink.com
kkunkle@ancelglink.com

*For Defendants City of Aurora, Dustin Coppes & Larry Suttle (the "Aurora Defendants")*
By: */s/ John B. Murphey*
One of their Attorneys

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805
Jmurphey@osmfm.com

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed the foregoing **Updated Joint Status Report** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Stacey Vucko | svucko@vuckolaw.com |
| Joseph Vucko | jvucko@vuckolaw.com |
| John B. Murphey | jmurphey@osmfm.com |

/s/ *Kathleen M. Kunkle*
KATHLEEN M. KUNKLE/ ARDC # 6281796
One of the attorneys for Defendants
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: kkunkle@ancelglink.com