**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Nayelli Perez

                Plaintiff,

v.                                              Case No.: 1:20−cv−07759
                                                  Honorable Edmond E. Chang

The City of Aurora, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 24, 2022:

      MINUTE entry before the Honorable Maria Valdez: Non−Party Denise Crosby's Motion to Quash Subpoena for Deposition [111] is granted. The Court finds that the subpoena in question imposes an undue burden and is unreasonable under the circumstances because the information sought is of marginal relevance and Plaintiff does not have a substantial need for such information. See Am. Soc'y of Media Photographers v. Google, Inc., No. 13 C 408, 2013 U.S. Dist. LEXIS 64041, at *11−13 (N.D. Ill. May 6, 2013); Patterson v. Burge, No. 03 C 4433, 2005 U.S. Dist. LEXIS 1331, at *8−15 (N.D. Ill. Jan. 5, 2005). Accordingly, the subpoena issued by Plaintiff to Denise Crosby is hereby quashed.Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.